UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Arthur Deion Smith** | : | **Jury Trial Demanded** |
| **Plaintiff** | : | **Civil Action No.** 1:26-CV-02088 |
| | : | |
| | : | |
| **v.** | : | FILED HARRISBURG, PA |
| | : | |
| | : | JUL 27 2026 |
| **York County Police Dept.** | : | PER ________ DEPUTY CLERK |
| **Defendant** | : | |

## INTRODUCTION

This Civil Action is submitted against the York County Police Department. All named and un-named Defendants are employed as York County Police Officers. These Defendants are being sued in there official and unofficial capacity.

Police "use of force" is almost always analyzed under the Fourth Amendment "reasonble" standard, which governs "all claims that law enforcement officers have used excessive force-deadly or not-in the course of an arrest, investigatory stop, or 'seizure' of a free citizen...."

Under the Fourth Amendment, Plaintiff, need not show malicious intent because the officer's state of mind is not important. The question is whether the officers actions are **objectively reasonable** in the light of the facts and circumstances confronting them, without regard to their underlying intent or motivation.

## FACTUAL ALLEGATION

On 7-27-24, Plaintiff, was involved in a verbal altercation with a person, who called police and falsely accused Plaintiff, of taking a Iphone. This missing Iphone was found to be left on the ground at the scene of the verbal altercation. After, this verbal dispute over this Iphone. Plaintiff, proceeded to walk home.

Upon arriving at King st. and George st. Patrol Ofc. (Jane Doe, vehicle No.12) turned the corner without emergency lights and pulled over two cars behind me. As I walked across the street Patrol Ofc. (Jane Doe), asked could she speak with me. I stated clearly to her, "no" and continued walking. At that time, Patrol Ofc. (Jane Doe) stated, "If I didn't stop she would tase me." As a Africa-American male living in America, I became fearful for my life. Even though I knew I had committed no crime nor broken any law.

Patrol Ofc. (Jane Doe) walked up and tased me in my back. I felt a burning sensation in my back, I stopped and placed my hands on my head surrendering. By now, Plaintiff, was surrounded by many other Patrol Officer's. Here are some I can identify; PO. Burke, PO. Abate, PO. Guildmer. They are all Defendants and participated in beating me.

Patrol Ofc. (Jane Doe) still had her hand-held taser deployed in the upper right corner of my back. All of the Defendant's began to scream different orders at me. For instances, one officer screamed, "put your hands up," another officer screamed, "get on the ground" and yet another officer screamed, "let me see your hands." My hands remained on my head in a non-threatening manner, I was confused and being shocked by the taser.

Then suddenly, I observed Ofc. Burke, jumping from his patrol vehicle, running full speed straight towards my left side. This officer Burke, then proceeded to tackle me, with such force

picking me up off my feet and driving my body into the concrete ground, smashing my head into the ground. Ofc. Burke, then began to repeatedly slam my face into the ground, while several other Defendant's punched and kneed me in my body.

These Defendant's continued to use excessive force by rolling me over onto my stomach and unnecessarily placing there knees into my back and neck. At that time I could not breath and at no time had I or did I resist. I informed these Defendant's my neck and back had lost feeling, that I was dizzy and losing conciousness.

I asked these officer's, "Why are they doing this to me." PO. Abate stated, "Because you ran." At that point I am confused and in extreme pain because, I had surrendered. During a full body search the only phone that was found belonged to me.

Prior to the (EMS) arriving on scene PO. Burke, sat me up on the ground, disregarding my verbal pleas of injuries to my neck, back and head. I was then forced to drag/walk to the (EMS) vehicle.

I was then transported to Wellspan Hospital, York Pa.. There I was diagnosed with a head and acute bilateral back injuries. I was then transported to York County Prison, were the medical services department diagnoses was a concussion and severe whip-lash. I have continued to receive medical treatment for the injuries I received that day. I have since been diagnosed (3-30-26) after receiving an MRI with complications of L1-L2, L2-L3, L3-L4, L4-L5, L5-S1, Disc-Bulging & Spinal Stenosis, which would require surgery.

## JURISDICTION

Plaintiff, brings this lawsuit pursuant to 42 U.C.S. § 1983. This Court has jurisdiction under 28 U.S.C. §§ 1331 & 1343 (a)(3). This Court has supplemental jurisdiction over Plaintff's state-law claims pursuant to 28 U.S.C. § 1367.

## VENUE

The Middle District Court of Pennsylvania is an appropriate venue under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims occurred in this district.

## CONCLUSION

**Wherefore,** plaintiff respectfully request that this Court:

1.) Declare that the acts and omissions described herein violated Plaintiff's civil rights under the Constitution and laws of the United States. 4th & 14th Amendments.

2.) These Defendant's actions violated there official oath as YorK County Police Officers and has created a life of pain and suffering for me. For that, Plaintiff is requesting the Court grant the following Award:

250,000 Dollars in Compensatory Damages

250,000 in Punitive Damages

Respectfully Submitted this 07 day of 9 2026.

Pursuant to 28 U.S.C. § 1746, I declare and verify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Excuted on 07/21/2026.

[signature] Date 07/21/26

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

Arthur Smith
1414 Wesley St.
Pittsburgh PA 15221

RECEIVED
HARRISBURG, PA
JUL 27 2026
PER ______ DEPUTY CLERK

UNITED STATES POSTAL SERVICE. Retail

FLA
ONE RAT

P

US POSTAGE PAID
$12.90
Origin: 15206
07/22/26
4166280006-97

To sch

PRIORITY MAIL®

0 Lb 2.40 Oz
RDC 03

EXPECTED DELIVERY DAY: 07/24/26

C028

TRA

SHIP TO:
1501 N 6TH ST
HARRISBURG PA 17102-1104

USPS TRACKING® #
9505 5145 3362 6203 9050 89

Clerk of Courts
Middle District
Suite 101
1501 N. 6th St.
Harrisburgh PA 17102

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.